■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE POWELL, Appellant. [651 NYS2d 895] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Lisa, J.), rendered March 1, 1995, convicting him of assault in the first degree (two counts) and criminal possession of a weapon in the fourth degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, no reasonable view of the evidence supports a finding that he committed reckless assault but not intentional assault and therefore, the court properly refused to instruct the jury on the lesser offense of assault in the second degree (*see, People v Van Norstrand,* 85 NY2d 131).

The defendant's contention that he was deprived of the effective assistance of counsel is without merit. Viewing the evi-

dence, the law, and the circumstances together as of the time of representation, we find that the defendant's right to the effective assistance of counsel was satisfied (*see, People v Flores,* 84 NY2d 184; *People v Baldi,* 54 NY2d 137).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80).

We have reviewed the defendant's remaining contentions and find them to be without merit. Miller, J. P., Sullivan, Altman and Goldstein, JJ., concur.